```
1  KELLY A. JOHNSON
   Acting Assistant Attorney General
2  NORMAN L. RAVE, JR.
   Trial Attorney
3  U.S. Department of Justice
4  Environment and Natural Resources Division
   P.O. Box 23986
5  Washington, D.C. 20026-3986
   Tel: (202) 616-7568
6  Fax: (202) 514-8865
7  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE ) | Case No. C 05 2090 SC |
| ) | |
| Plaintiff, ) | STIPULATED MOTION TO |
| ) | HOLD CASE IN ABEYANCE |
| v. ) | |
| ) | ORDER |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Environmental Defense and defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator United States Environmental Protection Agency, (collectively "EPA") have been engaged in settlement discussions and believe that they will soon be able to reach a resolution of this case without the need for further litigation.  Accordingly, the parties hereby jointly stipulate to this request to hold all proceedings in this case in abeyance for a period of 45 days.  The parties will report to the Court no later than October 13, 2005 on the progress of settlement.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| | KELLY A. JOHNSON |
| | Assistant Attorney General |
| 3 | |
| 4 |        /S/         |
| | NORMAN L. RAVE, JR. |
| 5 | Trial Attorney |
| | United States Department of Justice |
| 6 | Environment and Natural Resources Division |
| 7 | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| 8 | Tel: (202) 616-7568 |
| | Fax: (202) 514-8865 |
| 9 | |
| 10 | Counsel for Defendants |
| 11 |        /S/         |
| | REED ZARS |
| 12 | 910 Kearney Street |
| | Laramie, Wyoming 82070 |
| 13 | Tel: (307) 745-7979 |
| | Fax: (307) 745-7999 |
| 14 | |
| 15 | Counsel for Plaintiff |

August 29, 2005

IT IS SO ORDERED

8/29/05

Samuel Conti
United States District Judge

IT IS FURTHER ORDERED that the Case Management Conference set September 30, 2005 is continued to December 9, 2005 at 10:00 A.M.

NO. C-05-2090 SC
STIPULATED MOTION TO HOLD CASE IN ABEYANCE          - 2 -