SUE ELLEN WOOLDRIDGE
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE | ) | Case No. C 05 2090 SC |
| | ) | |
| Plaintiff, | ) | STIPULATED MOTION TO |
| | ) | CONTINUE CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| | ) | ORDER |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Environmental Defense and defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator United States Environmental Protection Agency, (collectively "EPA") jointly stipulate to this request to continue the case management conference currently scheduled for December 9, 2005.  The parties have reached a possible settlement of this matter and are awaiting approval from the appropriate officials of the Department of Justice and EPA.  Accordingly, the parties believe that there is no reason to have a case management conference at this time.

In the alternative, if the Court denies the request to continue the case management conference, plaintiffs and EPA jointly request, pursuant to Local Rule 16-10(a), that the

SC

1  case management conference be conducted by telephone. EPA is represented by attorneys
2  from the Department of Justice in Washington, D.C., and plaintiffs do not object to
3  conducting the conference by telephone to save both parties the time and expense of
4  travel.
5
6       Reed Zars, counsel for plaintiffs, will be available at (307) 745-7979 from 10:00
7  AM PST until the case management conference is complete. Norman Rave, counsel for
8  defendants, will be available at (202) 616-7568 from 10:00 AM PST until the case
9  management conference is complete.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

        /S/
NORMAN L. RAVE, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865

Counsel for Defendants

        /S/
REED ZARS
910 Kearney Street
Laramie, Wyoming 82070
Tel: (307) 745-7979
Fax: (307) 745-7999

Counsel for Plaintiff

November 29, 2005

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Samuel Conti
11/29/05

NO. C-05-2090 SC
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE          2