UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Environmental Defense, | ) | Case No. C 05 2090 SC |
| | ) | |
| Plaintiff, | ) | [Proposed] Order Granting Stipulation to Extend Time to File Motion for Attorney Fees |
| | ) | |
| v. | ) | |
| | ) | |
| The United States Environmental Protection Agency, et al. | ) | |
| | ) | |
| Defendants. | ) | |

After considering the Stipulation of the parties, and all other matters presented to the Court,

PURSUANT TO STIPULATION IT IS SO ORDERED:

The time for Plaintiffs to file any motion for costs and attorneys' fees is extended 45 days, to April 14, 2006.

Dated: 2/28/06

IT IS SO ORDERED
Judge Samuel Conti

_____
Samuel Conti
United States District Judge