1  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
2  NORMAN L. RAVE, JR.
   Trial Attorney
3  U.S. Department of Justice
   Environment and Natural Resources Division
4  P.O. Box 23986
   Washington, D.C. 20026-3986
5  Tel: (202) 616-7568
   Fax: (202) 514-8865
6
7  Attorneys for Defendants

8
                     IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ENVIRONMENTAL DEFENSE,              )   Case No. C 05 2090 SC
                                        )
12                       Plaintiff,     )   STIPULATED MOTION TO
                                        )   EXTEND CONSENT
13       v.                             )   DECREE DEADLINE
                                        )
14                                      )
15  UNITED STATES ENVIRONMENTAL         )
    PROTECTION AGENCY, et al.,          )
16                                      )
17                       Defendants.    )
                                        )
18  _____ )

19       Plaintiff Environmental Defense and defendants United States Environmental

20  Protection Agency and Stephen L. Johnson, Administrator United States Environmental

21  Protection Agency, (collectively "EPA") jointly stipulate to this motion to extend the

22  deadline in paragraph 4 of the Consent Decree (as modified by previous extensions) from

23  December 14, 2006 to March 14, 2007.

24       This action concerns a petition submitted by Environmental Defense to EPA

25  asking EPA to list diesel engine exhaust as a hazardous air pollutant under section

26  112(b)(3) of the Clean Air Act, 42 U.S.C. § 7412(b)(3).  On February 15, 2006, the Court

27
28  entered a Consent Decree that establishes deadlines for EPA to respond to that petition.

Paragraph 7 of the Consent Decree provides that the deadlines in paragraphs 4 and 5 of the Consent Decree can be extended for a period greater than 60 days with approval of the Court and that such approval may be granted upon stipulation of the parties.

The parties have agreed that it is appropriate to extend the deadline in paragraph 4 of the Consent Decree (as modified by previous extensions) to March 14, 2007. Accordingly, pursuant to paragraph 7 of the Consent Decree, defendants EPA and plaintiff Environmental Defense hereby stipulate, subject to approval by the Court, to an extension of the deadline in paragraph 4 of the Consent Decree for EPA to sign either a proposal to grant plaintiffs' petition to list diesel emissions as a hazardous air pollutant or a final denial of the petition from December 14, 2006, to March 14, 2007.[1]/

Respectfully submitted on this 11th day of December, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

_____/S/_____
NORMAN L. RAVE, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865

Counsel for Defendants

---

[1]/     Paragraph 7 of the Consent Decree also provides that the deadlines in paragraphs 4 and 5 can be extended for a period of 60 days or less without the need for approval by the Court.  In earlier filings, the parties have stipulated to extend the deadline in paragraph 4 of the Consent Decree from June 12, 2006 to December 14, 2006.

1

2          _____/S/_____
           REED ZARS
3          910 Kearney Street
           Laramie, Wyoming 82070
4          Tel: (307) 745-7979
           Fax: (307) 745-7999
5
           Counsel for Plaintiff
6

7

8   IT IS SO ORDERED

9

10

11                              IT IS SO ORDERED

12

13                              Judge Samuel Conti

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28