MATTHEW J. McKEOWN
Acting Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE, | ) | Case No. C 05 2090 SC |
| | ) | |
| Plaintiff, | ) | NOTICE OF |
| | ) | CONSENT DECREE |
| v. | ) | DEADLINE EXTENSION |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) | |
| Defendants. | ) ) | |

     Paragraph 7 of the Consent Decree entered in this case provides that the deadlines in paragraphs 4 and 5 of the Consent Decree can by extended for a period of 60 days or less by written stipulation of the parties to the Consent Decree filed with the Court.  No action by the Court is required for such an extension.

     The parties have agreed that it is appropriate to extend the deadlines in paragraphs 4 and 5 of the Consent Decree (as modified by previous extensions) by forty-two and forty-three days.  Accordingly, pursuant to paragraph 7 of the Consent Decree, defendants United States Environmental Protection Agency, *et al.* (collectively "EPA") and plaintiff Environmental Defense hereby stipulate: (1) to an extension of the deadline in paragraph 4 of the Consent Decree for EPA to sign either a proposal to grant plaintiffs' petition to list

1  diesel emissions as a hazardous air pollutant or a final denial of the petition from May 30 ,

2  2007 to July 11, 2007, and (2) to an extension of the deadline in paragraph 5 of the Consent

3  Decree for EPA to sign a final determination to grant or deny the petition (in whole or in

4  part) if EPA publishes a proposal to grant it from June 26, 2007 to August 8, 2007.[1]/

5

6         Respectfully submitted on this 29th day of May, 2007.

7                                                Respectfully submitted,

8                                                MATTHEW J. McKEOWN
                                                 Acting Assistant Attorney General
9

10                                                    /S/
                                                 NORMAN L. RAVE, JR.
11                                               Trial Attorney
                                                 United States Department of Justice
12                                               Environment and Natural Resources Division
                                                 P.O. Box 23986
13                                               Washington, D.C. 20026-3986
                                                 Tel: (202) 616-7568
14                                               Fax: (202) 514-8865

15
                                                 Counsel for Defendants
16
                                                      /S/
17                                               REED ZARS
                                                 910 Kearney Street
18                                               Laramie, Wyoming 82070
                                                 Tel: (307) 745-7979
19                                               Fax: (307) 745-7999

20
                                                 Counsel for Plaintiff
21

22

23

24  _____

25  [1]/   The original deadline in paragraph 4 of the Consent Decree was June 12, 2006. The
    deadline had been extended to December 14, 2006 by agreement of the parties, and, in an
26  Order dated December 11, 2006, the Court approved an extension of the deadline to March
    14, 2007. The deadline was further extended to May 30, 2007 by agreement of the parties.
27  The deadline in paragraph 5 was previously extended by agreement of the parties from May
28  1, 2007 to June 26, 2007.

NO. C-05-2090 SC
NOTICE OF EXTENSION OF CONSENT DECREE DEADLINE      - 2 -

*[Seal: United States District Court, Northern District of California — Judge Samuel Conti, signed]*