Case 3:05-cv-02090-SC   Document 35   Filed 07/11/07   Page 1 of 2

RONALD J. TENPAS
Acting Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE, | ) | Case No. C 05 2090 SC |
| | ) | |
| Plaintiff, | ) | NOTICE OF |
| | ) | CONSENT DECREE |
| v. | ) | DEADLINE EXTENSION |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  Paragraph 7 of the Consent Decree entered in this case provides that the deadlines in paragraphs 4 and 5 of the Consent Decree can by extended for a period of 60 days or less by written stipulation of the parties to the Consent Decree filed with the Court. No action by the Court is required for such an extension.

  The parties have agreed that it is appropriate to extend the deadlines in paragraphs 4 and 5 of the Consent Decree (as modified by previous extensions) by fifty-six days. Accordingly, pursuant to paragraph 7 of the Consent Decree, defendants United States Environmental Protection Agency, *et al.* (collectively "EPA") and plaintiff Environmental Defense hereby stipulate: (1) to an extension of the deadline in paragraph 4 of the Consent Decree for EPA to sign either a proposal to grant plaintiffs' petition to list diesel emissions

NO. C-05-2090 SC
NOTICE OF EXTENSION OF CONSENT DECREE DEADLINE

1   as a hazardous air pollutant or a final denial of the petition from July 11 , 2007 to September

2   5, 2007, and (2) to an extension of the deadline in paragraph 5 of the Consent Decree for

3   EPA to sign a final determination to grant or deny the petition (in whole or in part) if EPA

4   publishes a proposal to grant it from August 8, 2007 to October 3, 2007.[1]/

5        Respectfully submitted on this 10th day of July, 2007.

6                              Respectfully submitted,

7                              RONALD J. TENPAS
                           Acting Assistant Attorney General

                           /S/
                           NORMAN L. RAVE, JR.
                           Trial Attorney
                           United States Department of Justice
                           Environment and Natural Resources Division
                           P.O. Box 23986
                           Washington, D.C. 20026-3986
                           Tel: (202) 616-7568
                           Fax: (202) 514-8865

                           Counsel for Defendants

                           /S/
                           REED ZARS
                           910 Kearney Street
                           Laramie, Wyoming 82070
                           Tel: (307) 745-7979
                           Fax: (307) 745-7999

                           Counsel for Plaintiff

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Judge Samuel Conti]

==LAST EXTENSION to be granted by the Court, without a Court Hearing.==

                           /s/ Samuel Conti
_____      USDJ    7/11/07

---

[1]/   The original deadline in paragraph 4 of the Consent Decree was June 12, 2006. The deadline had been extended to December 14, 2006 by agreement of the parties, and, in an Order dated December 11, 2006, the Court approved an extension of the deadline to March 14, 2007. The deadline was further extended to July 11, 2007 by agreement of the parties. The deadline in paragraph 5 was previously extended by agreement of the parties from May 1, 2007 to August 8, 2007.