IGNACIA S. MORENO
Assistant Attorney General
NORMAN L. RAVE, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 616-7568
Fax: (202) 514-8865
norman.rave@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE | Case No. C 05 2090 SC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

ORDER

Upon consideration of the parties' Joint Motion to Dismiss Case with Prejudice, and good cause having been found, the Motion is GRANTED. This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 3/18/11                    _____
                                  The Honorable Samuel Conti
                                  United States District Judge

NO. C-05-2090 SC
PROPOSED ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE